# PHILLIPS, GOLDMAN, McLAUGHLIN & HALL, P.A.

ATTORNEYS AT LAW
PENNSYLVANIA AVE. AND BROOM ST.
1200 N. BROOM STREET
WILMINGTON, DELAWARE 19806

(302) 655-4200
(302) 655-4210 (F)
pgmhlaw.com

JOHN C. PHILLIPS, JR.
ROBERT S. GOLDMAN**†**
LISA C. McLAUGHLIN+
JAMES P. HALL
DAVID A. BILSON***
MEGAN C. HANEY
PAUL S. SEWARD***

ALSO MEMBER OF
*PENNSYLVANIA BAR
**NEW JERSEY BAR
+MARYLAND BAR
†FLORIDA BAR

September 30, 2019

**VIA CM/ECF & HAND DELIVERY**
The Honorable Richard G. Andrews
United States District Court for the District of Delaware
844 N. King Street
Wilmington, Delaware 19801

   Re: *Reckitt Benckiser Pharm. Inc., et al. v. Watson Labs. Inc., et al.*,
      C.A. No. 14-1574-RGA

Dear Judge Andrews,

  The parties hereby jointly submit this status letter in response to the Court's August 21, 2019 Order (D.I. 502, C.A. No. 13-1674-RGA).

  The Federal Circuit's opinion in the appeals in the above-captioned case affirmed the Court's judgment in all aspects. The Federal Circuit did not remand with instruction to vacate, or otherwise require any action by the Court. Accordingly, there is no further action needed in this case, and it may be closed.

            Respectfully submitted,

            */s/ John C. Phillips, Jr.*

            John C. Phillips, Jr. (No. 110)

cc: All counsel of record (via CM/ECF & email)